# United States District Court

### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MARIA LOYA MEDINA,

      Petitioner,

  v.

JULIO HERNANDEZ, *et al*.,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:26-cv-00772-GJL

___     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Petitioner's habeas Petition (Dkt. 1) is **GRANTED** and the Court **ORDERS** as follows:

(1)     Respondents **SHALL release** Petitioner Maria Loya Medina from custody immediately under the same conditions, if any, in place at the time of her re-detention; and

(2)     Respondents **SHALL** file a declaration within **24 HOURS** of the issuance of this Order, confirming that Petitioner has been released from custody and providing the date and time of her release.

Dated this 7th day of May, 2026.

                                      JOSHUA C. LEWIS
                                      Clerk

                                      S/ Patrick Sherwood
                                      Deputy Clerk