UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIA LOYA MEDINA,

                Petitioner,

    v.

JULIO HERNANDEZ, *et al.*,

                Respondents.

CASE NO. 2:26-cv-00772-GJL

ORDER GRANTING STIPULATED MOTION TO EXTEND EAJA DEADLINE

Before the Court is the Parties' Stipulated Motion to Extend the deadlines governing any application for fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. __. The Parties jointly request that the deadline for filing an EAJA application be extended until sixty (60) days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223.

The Court finds good cause for the requested extension. The Supreme Court granted certiorari in *Montoya Palacios* to resolve whether an immigration habeas action under 28 U.S.C. § 2241 constitutes a "civil action" within the meaning of EAJA, thereby permitting an award of fees. That question bears directly on whether an EAJA application may be pursued in this

ORDER GRANTING STIPULATED MOTION TO
EXTEND EAJA DEADLINE - 1

action. The forthcoming decision is therefore likely to simplify or resolve threshold legal issues governing any fee application. Under these circumstances, extending the EAJA deadlines will promote judicial economy, avoid unnecessary briefing, and conserve the resources of both the Parties and the Court.

Accordingly, the Stipulated Motion (Dkt. 28) is **GRANTED**. The deadline for Petitioner to file any EAJA application is **EXTENDED** until **SIXTY (60) DAYS AFTER** the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223.

Dated this 30th day of July, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND EAJA DEADLINE - 2